IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02337-REB-MJW

TYRON DUANTE SMALL,

Plaintiff(s),

v.

JOHN DOE DETECTIVE ONE, and
JOHN DOE OFFICER TWO,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion Requesting An Settlement Conference (docket no. 28) is DENIED WITHOUT PREJUDICE at this time. There are no specifically named defendants that have been served with process at this time. The Complaint names defendants John Doe Detective and John Doe Officer Two only. Accordingly, it is FURTHER ORDERED that a Telephone Status Conference is set before Magistrate Judge Watanabe on March 6, 2012, at 9:30 a.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294. The Pro Se Incarcerated Plaintiff shall contact this court at 303-844-2403 on March 6, 2012, at 9:30 a.m. At this telephone Status Conference, the Pro Se Incarcerated Plaintiff shall be prepared to inform this court of the specific names defendants John Doe Detective and John Doe Officer Two and addresses where they can be served with process.

Date: February 13, 2012