# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   11-cv-02337-REB-MJW            FTR - Courtroom A-502

**Date:**   March 06, 2012                           Courtroom Deputy, Ellen E. Miller

*Parties*                                            *Counsel*

TYRON DUANTE SMALL,                                  *Pro Se*
#150307

     Plaintiff(s),

v.

JOHN DOE DETECTIVE ONE, and                          - - -
JOHN DOE OFFICER TWO,                                - - -

     Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC STATUS CONFERENCE**
**Court in Session:**   10:12 a.m.
Court calls case.  Appearances of *Pro Se* Plaintiff and counsel for dismissed defendant Colorado Springs Police Department, Martha McKinney.

Discussion is held regarding the incorrect service of process as to John Doe Detective One and John Doe Officer Two.

Plaintiff makes an oral motion to withdraw his Motion for Summary Judgment.  With no objections,

**It is ORDERED:**   Plaintiff's ORAL MOTION TO WITHDRAW his Motion for Summary Judgment [Docket No. 30] is **granted.**  Therefore,

**It is ORDERED:**   Plaintiff's MOTION FOR SUMMARY JUDGMENT [Docket No. **30**, Filed February 15, 2010] is **WITHDRAWN** for reasons as set forth on the record.  The motion is withdrawn without prejudice, and leave is granted to Plaintiff to re-file at an appropriate future date.

Plaintiff shall provide the court with the names and addresses of the individual defendants.

**It is ORDERED:**   A  **SHOW  CAUSE  HEARING**  is set  **APRIL 12, 2012 at 2:00 p.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  A written ORDER TO SHOW CAUSE shall issue.

The Clerk of the Court is directed to add the name, address, and telephone number of the contact at the Colorado State Penitentiary as follows, as provided by case manager Darla Jimenez during this conference:

Office of Legal Aid
Attn: Dennis Burbank
For: Tyron Duante Small
Registration No.  150307
Colorado State Penitentiary (CSP)
P. O. Box 777
Cañon City, CO 81215-0777

(719( 269-5120


At this time, counsel Martha McKinney for the dismissed defendant  Colorado Springs Police Department is excused from attending future hearings.


Hearing concluded.
**Court in recess:**    10:33 a.m.
Total In-Court Time 00:21


To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.