IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02337-REB-MJW

TYRON DUANTE SMALL,

Plaintiff(s),

v.

JOHN DOE DETECTIVE ONE, and
JOHN DOE OFFICER TWO,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's "Requesting the Ammended [sic] complaint packet, and an [sic] week of extention [sic] from the date receiveing [sic] request" (Docket No. 38) and "Notice Court Clerk Added Party to Complaint" (Docket No. 40) are granted to the extent that the Clerk of Court shall send a Prisoner Complaint Packet to the plaintiff, and the plaintiff shall have up to and including May 25, 2012, to file his proposed Third Amended Complaint.

Date: May 10, 2012