IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02337-MJW

TYRON DUANTE SMALL,

Plaintiff(s),

v.

DETECTIVE JEFF HUDDLESTON;
DETECTIVE MARC CHACON; and
OFFICER DANIEL THOMPSON,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    In view of the court's order dismissing plaintiff's complaint (Docket No. 65), it is hereby ORDERED that plaintiff's Motion to Ammend [sic] 3rd Ammended [sic] Prisoner Complaint (Docket No. 66) is DENIED AS MOOT.

    Further, the clerk is directed to close this matter consistent with the court's order dismissing plaintiff's complaint (Docket No. 65).

Date: September 4, 2012