IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-02337-MJW

TYRON DUANTE SMALL,

    Plaintiff,

v.

DETECTIVE JEFF HUDDLESTON;
DETECTIVE MARC CHACON; and
OFFICER DANIEL THOMPSON,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

    I.    Pursuant to the Order to Dismiss in Part and to Draw Case to A District Judge and to a Magistrate Judge [Docket No. 19] filed by Judge Lewis T. Babcock on January 24, 2012, and incorporated herein by reference as if fully set forth, it is ORDERED that Defendant Colorado Springs Police Department is dismissed as a party to this action.

    II.  Pursuant to the Order [Docket No. 65] filed on August 23, 2012 by the Honorable Magistrate Judge Michael J. Watanabe, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendants' Motion to Dismiss Third Amended Prisoner Complaint [Docket No. 51] is **GRANTED** insofar as plaintiff's claims are barred by the

applicable statute of limitations.  Accordingly, final judgment is hereby entered dismissing this action and all claims therein with prejudice in favor of Defendants Jeff Huddleston, Detective Marc Chacon, and Officer Daniel Thompson and against Plaintiff Tyrone Duante Small.  It is further

ORDERED that the defendants are AWARDED their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 7th day of September, 2012.

FOR THE COURT:
GREGORY C. LANGHAM, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk
United States Magistrate Judge